**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Ernesto HURTADO–ZEPEDA, aka,
Gabriel Hurtado–Zepeda,
Defendant–Appellant.**

No. 08–50013.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 2, 2009.

James M. Left, Esquire, Angela Fontova, Michael J. Raphael, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Kathryn Ann Young, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Ernesto Hurtado–Zepeda appeals from the 77–month sentence imposed following his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Hurtado–Zepeda contends that his sentence is unreasonable in light of the factors set forth in 18 U.S.C. § 3553(a). We conclude that the district court did not commit procedural error and that the sentence is substantively reasonable. *See United States v. Stoterau,* 524 F.3d 988, 1001–02 (9th Cir.2008); *see also United States v. Marcial–Santiago,* 447 F.3d 715, 718–19 (9th Cir.2006); *United States v. Rodriguez–Rodriguez,* 441 F.3d 767, 770–71 (9th Cir.2006).

Hurtado–Zepeda also contends that a condition of supervised release that requires him to report to the probation office within 72 hours of re-entering the United States violates his Fifth Amendment privilege against self-incrimination. As Hurtado–Zepeda acknowledges, this contention is foreclosed. *See Rodriguez–Rodriguez,* 441 F.3d at 772–73.

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b)(2). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)(2)).

**AFFIRMED; REMANDED to correct the judgment.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.